# IN THE UNITED STATES BANKRUTPCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | |
| GOLDEN GUERNSEY DAIRY, LLC, ) | Case No. 13-10044 (KG) |
| ) | |
| Debtor. ) | |
| ) | |
| CHARLES A. STANZIALE, JR, in his ) | |
| capacity as Chapter 7 Trustee of Golden ) | Adv. Pro. No. 14-50953 |
| (KG) Guernsey Dairy, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Re: Adv. Doc. No. 11 |
| v. ) | |
| ) | |
| MILK072011, LLC, ANDREW NIKOU, ) | |
| BRAD PARKS, and THE UNITED ) | |
| STATES OF AMERICA through THE ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION TO STAY ADVERSARY PROCEEDING PENDING DECISION ON MOTION TO WITHDRAW THE REFERENCE

Upon consideration of the Motion to Stay Adversary Proceeding Pending Decision on Motion to Withdraw the Reference (the "Stay Motion") filed on behalf of MILK072011, LLC and Andrew Nikou (the "Defendants"), seeking entry of an order staying the above-captioned adversary proceeding ("Adversary Proceeding"), and the Court finding that notice of the Motion was due and proper under the circumstances; and after due deliberation, and good and sufficient cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Court has determined that the claims in the Adversary Proceeding are non-core in nature, thereby increasing the probability that the District Court will grant the Withdrawal Motion. Under the circumstances, it may be wasteful of the Court's and the parties' resources to permit the Adversary Proceeding to proceed while the Withdrawal Motion is *sub judice* in the District Court. *See, e.g., Miller v. Vigilant Ins. Co.* (*In re Eagle Enterprises*) 259 B.R. 83 (Bankr. E.D. Pa. 2001).

3. The Adversary Proceeding is therefore stayed with respect to Counts One through Four of the Complaint pending disposition of the Defendants' Withdrawal Motion by the District Court.

Dated: Wilmington, Delaware
February 2, 2015

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE